IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA DANVILLE DIVISION

| | |
|---|---|
| **Susan O. Cardoza**, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**Medical Device Business Services, Inc., et al.** )<br>)<br>)<br>Defendants )  | Case No. **4:19-cv-00003-EKD** |

### PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447 (c), for reasons stated in the accompanying Memorandum in Support, which is incorporated by reference, Plaintiff, by counsel, respectfully moves that this Court decline jurisdiction and remand this case to the Circuit Court of the City Danville; award Plaintiff her costs, expenses, and attorney fees in connection with this matter; and grant such other just relief that the Court deems proper.

Respectfully submitted,

SUSAN O. CARDOZA

By: _____
Of Counsel

Robert W. Mann, Esquire (VSB #07622)
YOUNG, HASKINS, MANN, GREGORY, MCGARRY & WALL, P.C.
Post Office Box 72
Martinsville, VA  24114-0072
Telephone (276)-638-2367
Facsimile (276)-638-1214
Email: RWMann@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of February, 2019, I electronically filed the foregoing in the United States District Court for the Western District of Virginia, and a copy will be served by CM/ECF upon:

William F. Devine
WILLIAMS MULLEN, A PROFESSIONAL CORPORATION
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
wdevine@williamsmullen.com
Tel: (757) 629-0618
Fax: (757) 629-0660
*Counsel for Medical Device Business Services, Inc.,*
*Johnson & Johnson Services, Inc., and DePuy Synthes Sales, Inc.*

John T. Jessee, Esquire
Sarah C. Jessee, Esquire
LeClairRyan, PLLC
1800 Wells Fargo, Drawer 1200
Roanoke, VA 24006
Telephone: (540) 510-3000
Facsimile: (540) 510-3050
John.jessee@leclairryan.com
Sarah.jessee@leclairryan.com
*Counsel for Danville Regional Medical Center, LLC*
*d/b/a Sovah Health Danville*

Neal H. Lewis, Esq. (VSBNo.73142)
Brandy Burnette Balding, Esq. (VSBNo.89977)
Hancock, Daniel & Johnson, PC
208 SunsetDrive, Suite354
Johnson City, TN 37604
P:423.794.4000
F:423.232.7150
nlewis@hancockdaniel.com
bbalding@hancockdaniel.com
*Counsel for Spectrum Medical Inc.*

Robert W. Mann