# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

**Susan O. Cardoza**

vs.

**Medical Device Business Services, Inc., et al**

Action No:   4:19CV3
Date:   4/10/2019
Judge:   Elizabeth K. Dillon
Court Reporter:   J. Webb
Deputy Clerk:   B. Davis

Plaintiff Attorney
Robert Mann

Defendant Attorneys
Milli Hansen
Stephen J. Harburg
William Devine
Brandy Balding – by phone

PROCEEDINGS:
Hearing held on Plaintiff's [17] Motion to Remand to State Court and Defendants' [4] Motion to Stay.   Arguments from counsel on Plaintiff's [17] Motion to Remand to State Court. Arguments from counsel on Defendants' [4] Motion to Stay. The parties may, but are not required to, submit supplemental authority regarding the court's consideration of extrinsic documents, such as the consent form, in ruling on the motion to remand.   Any such responses are due not later than Wednesday, April 17, 2019. The Court takes all motions under advisement.

Time in Court:   1:57p – 3:00p (1 hour 3 min)